Robert A. Anderson, ISB No. 2124
Anne Sullivan Magnelli, ISB No. 9452
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:     (208) 344-5510
E-Mail:        randerson@ajhlaw.com
               amagnelli@ajhlaw.com
iCourt/e-File: service@ajhlaw.com

Attorneys for Defendant Darling Ingredients
          Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAURICIA PEREZ, ANGELA CRUZ, JUAN CRUZ, RAYMOND CRUZ, LAURA HARO, and MARISELA BRYSON, | Docket No. |
| Plaintiffs, | NOTICE OF REMOVAL |
| vs. | |
| DARLING INGREDIENTS, INC., a Delaware Corporation licensed to do business in Idaho, and JOHN DOES 1 – X or JOHN DOE CORPORATION I – X, | |
| Defendants. | |

## REMOVAL FROM DISTRICT COURT TO U.S. DISTRICT COURT

TO:   PLAINTIFFS AND THEIR ATTORNEYS OF RECORD and THE CLERK OF
      ABOVE-ENTITLED COURT:

NOTICE OF REMOVAL - 1

Defendant Darling Ingredients Inc. hereby removes the above-entitled cause of action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST:  That Darling Ingredients Inc. is a Defendant in Civil Case No. CV01-22-04589 brought against it in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, entitled *MAURICIA PEREZ, ANGELA CRUZ, JUAN CRUZ, RAYMOND CRUZ, LAURA HARO, and MARISELA BRYSON vs DARLING INGREDIENTS, INC., and JOHN DOES 1 – X or JOHN DOE CORPORATION I – X*. Copies of the Summons and Complaint filed by Plaintiffs are attached hereto, together with a copy of the state court docket and the service of process documents that constitute all process, pleadings and orders served upon Defendant Darling Ingredients Inc. in such action.

SECOND: That the aforementioned suit was commenced by service of a Summons and Complaint on Defendant Darling Ingredients Inc. on April 6, 2022, by CT Corp.

THIRD:  That the Plaintiffs in the above-entitled action are individuals or entities who reside in Idaho; but that Defendant Darling Ingredients Inc. is a foreign corporation with its states of incorporation and principal places of business located outside Idaho.  Specifically, Darling Ingredients Inc.'s state of incorporation is Delaware and its principal place of business is in Texas.

FOURTH: That the amount in controversy, including compensatory damages and attorney fees, is likely to exceed $75,000, due to the nature of the allegations of the Complaint, which includes a Count denominated Wrongful Death.

FIFTH: That the controversy herein between the Plaintiffs and the Defendant Darling Ingredients Inc. involves parties which are citizens of different states where the amount in

controversy exceeds $75,000, giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant Darling Ingredients Inc. prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 27th day of April, 2022.

ANDERSON, JULIAN & HULL LLP

By _____
Robert A. Anderson, Of the Firm
Anne Sullivan Magnelli, Of the Firm
Attorneys for Defendant Darling Ingredients Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2022, the foregoing **NOTICE OF REMOVAL** was served electronically through the iCourt/e-File system, which caused the following parties or counsel to be served by electronic means:

| | |
|---|---|
| Randall L. Schmitz<br>SKAUG LAW PC<br>1226 E Karcher Rd<br>Nampa, ID 83687<br>T: (208) 466-0030<br>F: (208) 466-8903<br>E: randy@skauglaw.com<br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ iCourt/e-File |

_____
Anne Sullivan Magnelli

NOTICE OF REMOVAL - 3